# Long Tuminello, LLP
### Attorneys at Law

*Members:*
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
Michelle Aulivola, P.C.
Karen S. Svendsen**

* Retired
** Also admitted in Florida

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

*Senior Associates:*
Nicole L. Bohler
Jared R. Artura

*Associates:*
Yvonne Randazzo
Patricia A. Deegan
Jacqueline Mahoney
Jessica Wright

Arthur M. Cromarty,
*Ret. N.Y.S. Supreme Ct. Justice
(1919-2014)*

August 19, 2025

Via ECF filing

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Yankong Stainless SDN. BHD. V. Larry Talve, et al
> Case No. 1:25-cv-04856

Dear Judge Cote:

This firm is counsel to Defendants Larry Talve and Anchor Stainless LLC in the above-mentioned matter.

This matter is currently scheduled for a Pre-Trial Conference on August 22, 2025 at 3pm. We respectfully request that someone from our office can appear virtually as we residue in Suffolk County and have offices located in Suffolk County and do not want to incur our clients with the costs to travel to Manhattan for an initial Pre-Trial Conference.

If this application is granted, please advise how the virtual appearance will take place.

Your courtesies are appreciated herein.

Very truly yours,

HAROLD C. SELIGMAN

HCS:mps
Cc:     David Fish, Esq. (via ECF filing)
        Danielle Yurkew, Esq. (via ECF filing)