```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :        25cv4856 (DLC)
YANKONG STAINLESS SDN. BHD.,              :
                                          :            PRETRIAL
                         Plaintiff,       :      SCHEDULING ORDER
                                          :
             -v-                          :
                                          :
LARRY TALVE, and ANCHOR STAINLESS LLC,    :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the telephonic pretrial conference held
pursuant to Rule 16, Fed. R. Civ. P., on August 22, 2025, the
following schedule shall govern the further conduct of pretrial
proceedings in this case:

1.    The parties shall comply with their Rule 26(a)(1), Fed. R.
      Civ. P., initial disclosure obligations by **September 12,
      2025.**

2.    No additional parties may be joined or pleadings amended
      after **September 19, 2025.**

3.    The parties are instructed to contact the chambers of
      Magistrate Judge Lehrburger prior to **August 29, 2025,** in
      order to schedule settlement discussions under his
      supervision to occur in **December 2025.**

4.    All fact discovery must be completed by **January 30, 2026.**

5.    Expert reports and disclosure of expert testimony
      conforming to the requirements of Rule 26(a)(2)(B), Fed. R.
      Civ. P., by the party bearing the burden on an issue must
      be served by **February 20, 2036.** Identification of rebuttal
      experts and disclosure of their expert testimony must occur
      by **March 13, 2026.**

6.    Expert discovery must be completed by **April 3, 2026.**

7.    The following motion will be served by the dates indicated
      below.

      Summary Judgment

      -    Motion served by **April 24, 2026.**
      -    Opposition served by **May 15, 2026.**
      -    Reply served by **May 29, 2026.**

      At the time any reply is filed, the moving party shall
      supply Chambers with two (2) courtesy copies of all motion
      papers by mailing or delivering them to the United States
      Courthouse, 500 Pearl Street, New York, New York.

8.    In the event no Summary Judgment motion is filed, the Joint
      Pretrial Order must be filed by **April 24, 2026.**

      As described in greater detail in this Court's Individual
      Practices in Civil Cases, the following documents must be
      filed with the Pretrial Order:  Voir Dire, Requests to
      Charge and a Memorandum of Law addressing all questions of
      law expected to arise at trial.  Any responsive papers are
      due one week thereafter.  In the event a party does not
      file a Memorandum of Law, a responsive Memorandum of Law is
      not permitted.

      SO ORDERED:

Dated:    New York, New York
          August 22, 2025

          _____
                    DENISE COTE
          United States District Judge